422 A.2d 1171

Commonwealth v. Butler, Appellant.

Submitted August 28, 1979. W. J. Helzlsouer, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

The order of the lower court is affirmed.

422 A.2d 1171

Commonwealth v. DeRosa, Appellant.

Submitted April 12, 1979. William M. Panella, Assistant Public Defender, for appellant; Howard C. Klebe, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Judgment of sentence is affirmed.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.